# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
             Plaintiff     )        CRIMINAL NO. 08MJ1321
                           )
                           )              ORDER
        vs.                )
                           )        RELEASING MATERIAL WITNESS
Joel Davila                )
                           )
                           )        Booking No.
        Defendant(s)       )
_____ )

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Omar Santoyo - Padilla

DATED: 5-8-08

                                    **NITA L. STORMES**

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                      OR
               DUSM

                                    W. SAMUEL HAMRICK, JR.   Clerk

                                    by

                                       **Deputy Clerk**