1  KAREN P. HEWITT
   United States Attorney
2  JEFFREY D. MOORE
   Assistant United States Attorney
3  California State Bar No. 240595
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7171
6
7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           )    Magistrate Case No. 08MJ1321
                                        )
12                   Plaintiff,         )
                                        )    **STIPULATION OF FACT AND JOINT**
13           v.                         )    **MOTION FOR RELEASE OF**
                                        )    **MATERIAL WITNESS(ES) AND**
14  ANTONIO ARROYO-TORRES (2),          )    **ORDER THEREON**
                                        )
15                   Defendant.         )
                                        )    **(Pre-Indictment Fast-Track Program)**
16  _____    )

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey

19  D. Moore, Assistant United States Attorney, and defendant ANTONIO ARROYO-TORRES, by and

20  through and with the advice and consent of Inge Brauer, counsel for defendant,  that:

21       1.       Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26  and (v)(II).

27  //

28  JDM:lg:5/1/08

1      2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4      3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **May 29, 2008**.

6      4.      The material witnesses, David Anaya-Calderon, Oswaldo Rios-Venegas and Omar

7  Santoyo-Padilla, in this case:

8          a.      Are aliens with no lawful right to enter or remain in the United States;

9          b.      Entered or attempted to enter the United States illegally on or about

10 April 25, 2008, with defendant as ~~one of~~ their footguide;

11          c.      Were found in a vehicle driven by codefendant Joel Davila and in which

12 defendant was a passenger on Interstate 8, West of Exit 65 near Boulevard, California, and that

13 defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right

14 to enter or remain in the United States;

15          d.      Were paying unknown amounts or $3,500 to others to be brought into the

16 United States illegally and/or transported illegally to their destination therein; and,

17          e.      May be released and remanded immediately to the Department of Homeland

18 Security for return to their country of origin.

19      5.      After the material witnesses are ordered released by the Court pursuant to this

20 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

22 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

23 attack, that:

24          a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

25 substantive evidence;

26          b.      The United States may elicit hearsay testimony from arresting agents

27 regarding any statements made by the material witness(es) provided in discovery, and such

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Arroyo-Torres (2)                2                08MJ1321

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3            c.     Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7          6.     By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10    counsel and fully understands its meaning and effect.

11         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12    immediate release and remand of the above-named material witness(es) to the Department of

13    Homeland Security for return to their country of origin.

14         It is STIPULATED AND AGREED this date.

15                        Respectfully submitted,

16                        KAREN P. HEWITT
                          United States Attorney

17

18    Dated: 5/22/08 .

19                        JEFFREY D. MOORE
                          Assistant United States Attorney

20    Dated: 5/22/08 .

21                        INGE BRAUER

22                        Defense Counsel for
                          ANTONIO ARROYO-TORRES

23    Dated: 5/13/08 .

24                        ANTONIO ARROYO-TORRES
                          Defendant

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Arroyo-Torres (2)     3           08MJ1321

1

**O R D E R**

2

Upon joint application and motion of the parties, and for good cause shown,

3

**THE STIPULATION** is admitted into evidence, and,

4

**IT IS ORDERED** that the above-named material witness(es) be released and remanded

5

forthwith to the Department of Homeland Security for return to their country of origin.

6

**SO ORDERED.**

7

8

Dated:  *5-22 08* .

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Arroyo-Torres (2)                    4                    08MJ1321