UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Joel Davila, et al.<br><br>Defendant(s) | CRIMINAL NO. 08CR1638-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08337298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Omar Santoyo-Padilla

DATED: 5-22-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk

G. Perrault

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062