FILED
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1638-BEN |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C.,<br>) Secs. 1324(a)(1)(A)(ii) and |
| JOEL DAVILA (1),<br>ANTONIO ARROYO-TORRES (2), | ) (v)(II) - Transportation of<br>) Illegal Aliens and Aiding and<br>) Abetting |
| Defendants. | ) |

The United States Attorney charges:

On or about April 25, 2008, within the Southern District of California, defendants JOEL DAVILA and ANTONIO ARROYO-TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, David Anaya-Calederon, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 22, 2008

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
5/20/08