AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO ARROYO-TORRES (2) | CASE NUMBER: 08 CR 1638-BEN |

I, ANTONIO ARROYO-TORRES, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 5/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Antonio Arroyo T.*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer